UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
dstevens@scura.com
David L. Stevens (Attorney ID 034422007)
Counsel for Debtor

In Re:

Denise L. Farina

**FILED**

JEANNE A. NAUGHTON, CLERK

OCT 24 2018

U.S. BANKRUPTCY COURT
NEWARK, N.J.

BY_____DEPUTY

| | |
|---|---|
| Case No.: | 17-27738 |
| Chapter: | 13 |
| Hearing Date: | 10/17/2018 |
| Judge: | RG |

## ORDER ON MOTION/APPLICATION TO DISMISS/CONVERT CHAPTER 13 CASE

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

10-24-18

_____
USBJ

Page 2

This matter having come before the Court on Motion/Application of
_____ Debtor _____, for an Order Dismissing/Converting Debtor's case, and good cause having been shown, it is hereby

**ORDERED** as follows:

☒    case is dismissed.

❑    case is converted to a proceeding under Chapter 7.

❑    case is converted to a proceeding under Chapter 11.

❑    case is allowed to continue under Chapter 13 upon the following terms and conditions:

    ❑    (a)  payments to the Trustee shall continue in the amount of _____ dollars/month for an additional _____ months;

    ❑    (b)  Debtor(s) shall prepare and file with the Court a Wage Order for continuing Trustee payments;

    ❑    (c)  If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payment, with Notice of the Certification to the debtor(s) and the debtor(s) attorney, if any, the within case shall be dismissed;

    ❑    (d)  Other (ie, Counsel Fee Award or other relief to moving party)

_____

_____

_____

**Page 3**

Upon case dismissal/conversion, any funds held by the Chapter 13 Trustee from payments made on account of debtor(s) Plan, shall be disbursed to the Debtor(s), except as follows:

(a)   $ _____8,597.40_____ shall be disbursed to Debtor(s) Counsel for Counsel Fees and Costs hereby allowed as an Administrative Expense; �direct

(b)   $_____ to _____ (Creditor) for adequate protection payments pursuant to prior Order of the Court.

(c)   Other: _____

_____

_____

✳ Subject to orders of the Court allowing said fees.

*rev.8/1/15*